UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID CLINE and
PAOLA CLINE,

    Plaintiffs,

vs.

ROBERT BEARDEN, INC.,
and ANTAVIO PIERCE,

    Defendants.

CASE NO.: 4:15-cv-6
Lower Case No.: 2014-CA-105

_____/

## NOTICE OF REMOVAL

Defendants ROBERT BEARDEN, INC., and ANTAVIO PIERCE, by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby notice their removal of this action from the Circuit Court of the Third Judicial Circuit, In and For Madison County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division. The grounds for removal are:

## INTRODUCTION

1.     Plaintiffs DAVID CLINE and PAOLA CLINE filed this personal injury action in Florida state circuit court against ROBERT BEARDEN, INC., and ANTAVIO PIERCE arising from a November 2014 automobile wreck occurring in Madison County, Florida. A copy of the complaint is attached as Exhibit 1.

2.     The complaint was filed on November 26, 2014. (Exhibit 1).

3. The complaint was served upon Defendant ROBERT BEARDEN, INC. on or about December 19, 2014.

4. The Court has original diversity jurisdiction over this action under 28 U.S.C. § 1332.

## DIVERSITY OF CITIZENSHIP EXISTS

5. Plaintiffs are residents of Florida. (Complaint ¶ 2). According to the complaint, DAVID CLINE and PAOLA CLINE are residents of Leon County, Florida. (Id.).

6. For diversity purposes, a corporation is a citizen of the state in which it is incorporated and of the state where it has its principal place of business. 28 U.S.C. §1332(c)(1).

7. Defendant ROBERT BEARDEN, INC. is a Georgia corporation with its principal place of business in Georgia. (Complaint ¶ 4). ROBERT BEARDEN, INC. is therefore a citizen of Georgia for diversity purposes.

8. Defendant ANTAVIO PIERCE is a citizen of Georgia. (Id. ¶ 4).

9. Thus, complete diversity of citizenship exists among the parties.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

10. In the complaint, Plaintiffs assert that DAVID CLINE's vehicle was struck by a motor vehicle owned by ROBERT BEARDEN, INC. and driven with its consent by ANTAVAIO PIERCE. (Id. ¶ 10). Plaintiffs allege that DAVID CLINE suffered serious bodily injury, pain and suffering, mental anguish, disability, loss of

capacity to enjoy life, medical expenses, lost past earnings and lost future ability to earn. (Id. ¶ 15). His wife brings a consortium claim. (Id. ¶¶ 14-16).

11.     Shortly after filing suit, Plaintiffs sent a demand letter to Defendants' insurer explaining DAVID CLINE's purported injuries and treatment. The demand letter states that DAVID CLINE suffered "catastrophic" injuries including a severe spinal cord injury, paralysis from the chest down, broken ribs, collapsed lungs, a fractured shoulder blade, and a severe concussion. The demand letter states that DAVID CLINE may be unable to return to employment which paid him $50,000 per year. The letter demanded the $5,000,000 limits of Defendants' insurance policy.

12.     Based on Plaintiffs' pre-suit demand, which includes a claim of paralysis, more than $75,000 is in controversy here. DeGeorge v. Geico Gen. Ins Co., 2012 WL 6212916 (MD Fla. 2012); Devore v. Howmedica Osteonics Corp., 58 FSupp2d 1372 (M.D. Fla. 2009).

## REMOVAL IS OTHERWISE PROPER

13.     Defendant ROBERT BEARDEN, INC. was served with process on December 29, 2014. This removal was timely effectuated within 30 days thereafter. 28 U.S.C. § 1446(b).

14.     Venue is appropriate because the Circuit Court of Madison County, Florida, is within the Tallahassee Division of the United States District Court for the Northern District of Florida.

15. This Notice of Removal has been contemporaneously served on Plaintiff's counsel, and a copy will be filed with the Clerk of the Circuit Court for Madison County pursuant to 28 U.S.C. § 1446(d).

16. Attached hereto as Exhibit 2 is Defendants' Answer and Affirmative Defenses, the sole document other than the Complaint filed in state court.

        PENNINGTON, P.A.

        **/s/ William D. Horgan**
        Steven M. Puritz (FBN: 0983497)
        spuritz@penningtonlaw.com
        William D. Horgan (FBN: 176877)
        whorgan@penningtonlaw.com
        215 S. Monroe Street, 2nd Floor (32301)
        P.O. Box 10095 (32302-2095)
        Tallahassee, Florida
        (850) 222-3533 – Telephone
        (850) 222-2126 – Facsimile
        smp-eservice@penningtonlaw.com
        whorgan@penningtonlaw.com
        csykes@penningtonlaw.com
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail this 7th day of January, 2015, to the following:

James Fasig, Esq.
Jaeson W. Homola, Esq.
Anthony Fusco, Esq.
Barrett Fasig & Brooks
3360 Capital Circle, NE, Suite B
Tallahassee, FL 32308
jimmy@tallahasseepersonalinjury.com
Jaeson@tallahasseepersonalinjury.com
Tony@tallahasseepersonalinjury.com
**Counsel for Plaintiffs**

                                           PENNINGTON, P.A.

                                           **/s/ William D. Horgan**
                                           Steven M. Puritz, Esq. (FBN 0983497)
                                           William D. Horgan (FBN: 176877)