Filing # 21016851 Electronically Filed 11/26/2014 11:52:18 AM

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
IN AND FOR MADISON COUNTY, FLORIDA

DAVID CLINE and
PAOLA CLINE,

    Plaintiffs,

v.                                         Case No: 2014 CA 105

ROBERT BEARDEN, INC., and
ANTAVIO PIERCE,

    Defendants.
_____/

## COMPLAINT

COME NOW, Plaintiffs, DAVID CLINE and PAOLA CLINE, by and through undersigned counsel, and hereby sue Defendants, ROBERT BEARDEN INC. and ANTAVIO PIERCE, and in support thereof allege as follows:

1. This is an action for damages exceeding $15,000.00 exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiffs were residents of Leon County, Florida.

3. At all times material hereto, Defendant, ANTAVIO PIERCE, was a resident of Turner County, Georgia.

4. At all times material hereto, Defendant, ROBERT BEARDEN, INC. was a for profit corporation incorporated under the laws of Georgia, with its principal office located at 2601 Industrial Park Drive, Cairo, Georgia 39828.

5. On or about November 5, 2014, Defendant, ROBERT BEARDEN, INC., owned a motor vehicle bearing vehicle identification number (VIN) 4V4NC9EH2DN137826 that was operated

Page 1 of 4

PAGE 5/12 * RCVD AT 12/11/2014 11:15:29 AM [Central Standard Time] * SVR:TTRXCBM2/22 * DNIS:1850 * CSID:8502243433 * DURATION (mm-ss):06-35

EXHIBIT 1

with its consent by Defendant, ANTAVIO PIERCE on Interstate-10 near US Highway 221 (SR 55).

6. At that time and place, Defendant, ANTAVIO PIERCE, negligently operated and/or maintained said motor vehicle so that it collided with Plaintiff, DAVID CLINE's motor vehicle.

7. At that time and place, Defendant, ROBERT BEARDEN, INC., negligently operated and/or maintained said motor vehicle so that it collided with Plaintiff, DAVID CLINE's motor vehicle.

## COUNT I – NEGLIGENCE OF ANTAVIO PIERCE

8. Plaintiff, DAVID CLINE, re-alleges and incorporates by reference the allegations of paragraphs 1 through 7 as if fully set forth herein.

9. As a result of said negligence, Plaintiff, DAVID CLINE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, DAVID CLINE, will suffer the losses in the future.

WHEREFORE, Plaintiff, DAVID CLINE, demands judgment against Defendant, ANTAVIO PIERCE, for damages, litigation costs, and any other relief this Court deems just and proper. Plaintiff, DAVID CLINE, further demands a jury trial on all issues so triable.

## COUNT II – VICARIOUS LIABILTY (RESPONDEAT SUPERIOR) FOR NEGLIGENCE OF ROBERT BEARDEN, INC.

10. Plaintiff, DAVID CLINE, re-alleges and incorporates the allegations set forth in 7 above as if fully set forth herein.

Page 2 of 4

PAGE 6/12 * RCVD AT 12/11/2014 11:15:29 AM [Central Standard Time] * SVR:TTRXCBM2/22 * DNIS:1850 * CSID:8502243433 * DURATION (mm-ss):06-35

EXHIBIT 1

11. While operating said motor vehicle on November 5, 2014, Defendant, ANTAVIO PIERCE, was acting within the scope and course, or apparent scope and course, of his employment with Defendant, ROBERT BEARDEN, INC.

12. As a result, Defendant, ROBERT BEARDEN, INC. is vicariously liable, under the theory of respondeat superior, for the actions of its employee, ANTAVIO PIERCE, which resulted in the bodily injury to Plaintiff.

13. As a result of said negligence, Plaintiff, DAVID CLINE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, DAVID CLINE, demands judgment against Defendant, ROBERT BEARDEN, INC., for damages, litigation costs, and any other relief this Court deems just and proper. Plaintiff, DAVID CLINE, further demands a jury trial on all issues so triable.

## COUNT III – LOSS OF CONSORTIUM CLAIM OF PLAINTIFF, PAOLA CLINE

14. Plaintiff, PAOLA CLINE, re-alleges and incorporates by reference the allegations of paragraphs 1 through 7 as if fully set forth herein.

15. At all times material hereto, Plaintiff, PAOLA CLINE, was the lawful spouse of Plaintiff, DAVID CLINE.

16. As a result of said negligence, Plaintiff, PAOLA CLINE, has lost the care, companionship, consortium, and services of her spouse by virtue of the damages and injuries received by him in the above-referenced collision.

Page 3 of 4

PAGE 7/12 * RCVD AT 12/11/2014 11:15:29 AM [Central Standard Time] * SVR:TTRXCBM2/22 * DNIS:1850 * CSID:8502243433 * DURATION (mm-ss):06-35

EXHIBIT 1

WHEREFORE, Plaintiff, PAOLA CLINE, demands judgment against Defendants, ROBERT BEARDEN, INC. and ANTAVIO PIERCE, for damages, litigation costs, and any other relief this Court deems just and proper. Plaintiff, PAOLA CLINE, further demands a jury trial on all issues so triable.

Respectfully submitted this ____ day of November, 2014.

BARRETT, FASIG & BROOKS

_____
JAMES E. FASIG (FBN: 13453)
Jimmy@tallahasseepersonalinjury.com
JAESON W. HOMOLA (FBN: 94103)
Jaeson@tallahasseepersonalinjury.com
ANTHONY FUSCO (FBN: 111497)
Tony@tallahasseepersonalinjury.com
3360 Capital Circle, NE, Suite B
Tallahassee, FL 32308
Phone: 850-224-3310
Fax:    850-224-3433
Counsel for Plaintiffs

Page 4 of 4

PAGE 8/12 * RCVD AT 12/11/2014 11:15:29 AM [Central Standard Time] * SVR:TTRXCBM2/22 * DNIS:1850 * CSID:8502243433 * DURATION (mm-ss):06-35

EXHIBIT 1