# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID CLINE, et al

    VS                              CASE NO.  4:15cv6-RH/CAS

ROBERT BEARDEN INC, et al

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

July 8, 2015                     s/ Kimberly J. Westphal
DATE                              Deputy Clerk: Kimberly J. Westphal